UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency,<br>　　　　Defendant. | **Case No.: 11-cv-5651-YGR**<br><br>**ORDER RE-SETTING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS** |

In light of the Court's ruling on the Motions to Dismiss, issued on May 7, 2012, the Court hereby sets the hearing and further briefing schedule on Plaintiffs' joint motion for summary judgment and Defendant's cross-motion for summary judgment:

(1) Defendant's opposition to plaintiffs' joint motion(Dkt. No. 36), and its cross-motion for summary judgment against all plaintiffs, in both actions, shall be made in a single brief of no more than 30 pages, to be filed and served no later than May 29, 2012.

(3) Plaintiffs' reply on its motion and opposition to Defendants' cross-motion shall be made in a single brief of no more than 20 pages, to be filed and served no later than June 12, 2012.

(4) No additional briefing shall be filed unless requested by further order of the Court. Hearing on the motions shall be set for **July 3, 2012, at 2:00 p.m**.

**IT IS SO ORDERED.**

Date: May 9, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**