IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
EILEEN T. MCDONOUGH
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone:  (202) 514-3126
Fax: (202) 514-8865
Email:  eileen.mcdonough@usdoj.gov
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, | Case No. 4:11-CV-5651-YGR and Consolidated Case No. 4:11-CV-5694-YGR |
| Plaintiff, | |
| v. | |
| LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency, | Response to Motion for Reconsideration of June 14, 2012 Order |
| Defendant. | |

On June 14, 2012, the Court issued an order rejecting the parties' stipulation for entry of final judgment pursuant to Fed. R. Civ. P. 54(b) on the claims dismissed by the Court on May 7, 2012 (referred to as the "Prevention of Significant Deterioration" or "PSD" claims").  Plaintiffs in these consolidated actions have moved for reconsideration of the June 14 Order.  Defendant Lisa P. Jackson, Administrator, United States Environmental Protection Agency ("EPA"), does not oppose the entry of final judgment, but takes no position on whether Plaintiffs have demonstrated that reconsideration is warranted.

Plaintiffs' Memorandum of Points and Authorities ("Memo") contains certain assertions that require clarification.  As the Plaintiffs note, counsel for the parties have reached agreement

1

1  on most of the terms of a proposed consent decree that would resolve the remaining non-PSD
2  claims in this matter, but counsel for EPA cannot bind the Agency to those terms.  Counsel for
3  EPA can only recommend those terms for approval by authorized officials.  While counsel for
4  EPA are not now aware of any reason that the settlement would not be approved by the
5  necessary officials at EPA and the Department of Justice, counsel cannot foreclose that
6  possibility.  Furthermore, even if such approval is forthcoming, EPA will have to provide public
7  notice and seek comment on any proposed consent decree as required by section 113(g) of the
8  Clean Air Act ("CAA"), 42 U.S.C. § 7413(g).  Again, counsel for EPA cannot assure the Court
9  that this process will not result in a decision to withdraw or withhold consent to a consent decree.
10         In addition, even though EPA does not oppose the entry of final judgment on the PSD
11 claims, the Agency certainly does not concur with all the allegations in Plaintiffs' Memo.  At this
12 point, however, given that EPA does not oppose the entry of partial final judgment on the PSD
13 claims, there is no need to analyze the allegations in Plaintiffs' Memo.

                                       Respectfully submitted,

                                       IGNACIA S. MORENO
                                       Assistant Attorney General
                                       Environment and Natural Resources Division

                                       /s/ Eileen T. McDonough
                                       EILEEN T. MCDONOUGH
                                       United States Department of Justice
                                       Environmental Defense Section
                                       P.O. Box 7611
                                       Washington, DC 20044
                                       Telephone: (202) 514-3126
                                       Fax: (202) 514-8865
                                       Email: eileen.mcdonough@usdoj.gov
                                       *Attorney for Defendants*