ROBERT UKEILEY (admitted *pro hac vice*)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Fax: (866) 618-1017
Email: rukeiley@igc.org

Counsel for Plaintiffs Sierra Club and MEDC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 11-CV-5651-YGR<br><br>And consolidated case No. 3:11-CV-05694-YGR<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT BRIEFING SCHEDULE AND HEARING DATE** |

Pursuant to Civil L.R. 6-1(b) and 6-2, Defendant Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency ("EPA") and Plaintiffs WildEarth Guardians, Midwest Environmental Defense Center, and Sierra Club (collectively, "Plaintiffs") stipulate their request for a Court order to continue the briefing schedule and hearing date set forth in the Court's May 30, 2012 Order To Continue Summary Judgment Briefing Schedule and Hearing Date (Dkt. No. 45). This stipulated request is accompanied by the Declaration of Robert Ukeiley, in accordance with Civil L.R. 6-2(a).

1

The parties hereby stipulate to continuing the briefing schedule on summary judgment motions as follows:

(1) Plaintiffs' reply on its motion and opposition to Defendants' cross-motion shall be made in a single brief of no more than 20 pages, to be filed and served no later than October 8, 2012.

(2) No additional briefing shall be filed unless requested by further order of the Court.

(3) The hearing on the motions set for August 28, 2012, at 2:00 p.m shall be vacated.

So Agreed:

For Defendant

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s Eileen T. McDonough w/ permission RU
_____
EILEEN T. MCDONOUGH
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3126
Fax: (202) 514-8865
eileen.mcdonough@usdoj.gov

*Attorneys for Defendant*

/s James Jay Tutchton w/ permission RU
_____

For Plaintiff
Case No. 11-05651-YGR

JAMES JAY TUTCHTON (CA Bar No. 150908)
WildEarth Guardians
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
Email: jtutchton@wildearthguardians.org

For Plaintiffs
Case No. 11-05694-YGR

/s Robert Ukeiley
_____
ROBERT UKEILEY (admitted *pro hac vice*)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Telephone: (859) 986-5402
Fax: (866) 618-1017
Email: rukeiley@igc.org

KRISTIN HENRY (Cal. Bar No. 220908)
Sierra Club
85 Second Street, 2d Floor
San Francisco CA 94105
Telephone: (415) 977-5716
Fax: (415) 977-5793
Email: kristin.henry@sierraclub.org
*Attorneys for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

DATED: _____