1  ROBERT UKEILEY (admitted *Pro Hac Vice*)
   Law Office of Robert Ukeiley
2  435R Chestnut Street, Suite 1
   Berea, KY 40403
3  Telephone: (859) 986-5402
   Facsimile:  (866) 618-1017
4  rukeiley@igc.org

5  Counsel for Plaintiffs Midwest Environmental Defense Center and Sierra Club

6  JAMES JAY TUTCHTON (CA Bar No. 150908)
   WildEarth Guardians
7  6439 E. Maplewood Ave.
   Centennial, CO 80111
8  Telephone: (720) 301-3843
   Email: jtutchton@wildearthguardians.org
9
   Counsel for Plaintiff WildEarth Guardians
10

11                  **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                          **OAKLAND DIVISION**

13
   WILDEARTH GUARDIANS,                          )
14 Plaintiff,                                    ) Case No. 4:11-cv-05651-YGR
   v.                                            )
15 LISA P. JACKSON,                              )
    in her official capacity as Administrator of the )
16 United States Environmental Protection Agency, ) consolidated with,
   Defendant.                                    )
17 _____)

18 MIDWEST ENVIRONMENTAL DEFENSE              )
   CENTER, and                                   ) Case No. 4:11-cv-05694-YGR
19 SIERRA CLUB,                                  )
   Plaintiffs,                                   ) PLAINTIFFS' REPLY IN SUPPORT
20                                                ) OF THEIR MOTION FOR
   v.                                            ) SUMMARY JUDGMENT
21 LISA P. JACKSON,                              )
   in her official capacity as Administrator of the )
22 United States Environmental Protection Agency, ) NOTICED FOR HEARING:
   Defendant                                     )  NOT CURRENTLY SCHEDULED
23 _____)

28

1    Before replying, Plaintiffs will first note that Plaintiffs believe that it is likely the parties
2    will reach a settlement with regard to the outstanding issues in this case.  However, the Court's
3    September 10, 2012 Civil Minutes, Dk#61, states that Plaintiffs are to file their reply to cross-
4    motion for summary judgment by 10/8/12 or Defendant will submit a stipulation resolving the
5    case.  The civil minute also states that no more extensions will be granted.  As Defendant Lisa P.
6    Jackson, the Administrator of the U.S. Environmental Protection Agency (EPA) is still working
7    to obtain management approval of a settlement, Plaintiffs are filing this reply to ensure they
8    comply with the Court's order.

9    Turning to the reply, although EPA's Notice of Cross Motion for Summary Judgment;
10   Opposition to Plaintiffs' Motion for Summary Judgment; Memorandum in Support Thereof,
11   [Dk# 44] (EPA Opp.) cites inapplicable law and admits facts that support Plaintiffs' Motion for
12   Summary Judgment, at this point, it is most best if the Court enter the remedy EPA requested in
13   its Opposition brief with one minor addition.  Due to the passage of time, the remedies that
14   Plaintiffs and EPA seek as to the failure to make a finding of failure to submit claim are probably
15   almost equivalent.  The remedy EPA seeks as to the failure to take final action on the Kentucky
16   and Tennessee submittals is actually quicker than the remedy Plaintiffs asked for in its motion
17   for summary judgment.

18   That is, the Court should enter summary judgment on liability for Plaintiffs on Claim One
19   for EPA's failure to make a finding of failure to submit an Infrastructure State Implementation
20   Plan (SIP) for Arizona, Arkansas, California, Colorado, Connecticut, District of Columbia,
21   Hawaii, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan,
22   Minnesota, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico,
23   New York, North Carolina, North Dakota, Ohio, Oklahoma, Pennsylvania, Puerto Rico, Rhode

28   PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT
     11-cv-05651-YGR p.1

Island, South Dakota, Texas, Utah, Vermont, Virginia, Washington, West Virginia (for CAA section 110(a)(2)(D)(i)(I) only), Wisconsin, and Wyoming, which EPA refers to as the 40 states. The Court should require that by no later than January 4, 2013, EPA shall sign for publication in the Federal Register a notice or notices finding that the 40 states have failed to submit "infrastructure" SIPs for the 2008 ozone NAAQS.  *See* EPA Opp. at 2 (requesting the same remedy).

Similarly, the Court should enter summary judgment on liability for Plaintiffs on Claim Three for failure to take final action pursuant to 42 U.S.C. § 7410(k)(2), (3) and/or (4), approving, disapproving or approving in part and disapproving in part the Kentucky and Tennessee 2008 ozone NAAQS Infrastructure submittals.  The Court should require that by no later than January 4, 2013, EPA shall sign for publication in the Federal Register a notice or notices of final action pursuant to 42 U.S.C. § 7410(k)(2), (3) and/or (4), approving, disapproving or approving in part and disapproving in part the Kentucky and Tennessee 2008 ozone NAAQS Infrastructure submittals. *See* EPA Opp. at 2-3 (requesting the same remedy).

In addition, although EPA did not mention it in its brief, the Court order should also order that after signing the final rules required by the Court's order, EPA shall deliver notice of such actions to the Office of the Federal Register for review and publication within three business days after signature on each final rule.  This requirement is important because it is the publication in the Federal Register, and not the signing of the rule, that provides the opportunity to challenge the substance of EPA's final rules.  *See* 42 U.S.C. § 7607(b).  Considering EPA's propensity for delay, it is not reasonable to assume EPA will actually complete the mandatory duties by timely forwarding the signed rules to the Office of the Federal Register for publication.

1   Plaintiffs agree to the relief requested by EPA because, at this point, it is similar or better

2   than the relief Plaintiffs originally requested in their motion for summary judgment.  In

3   Plaintiffs' motion for summary judgment, Plaintiffs requested that the Court order EPA to make

4   the finding of failure to submit within 30 days of the Court's order.  At this point, it is likely that

5   30 days after the Court issues a final order on summary judgment will be close to the January 4,

6   2013 date EPA has requested.

7   As to the difference between the 40 states identified by EPA versus the 44 states

8   identified by Plaintiffs in their summary judgment brief, at the time Plaintiffs' file their motion

9   for summary judgment, the information EPA made publicly available indicated that Delaware,

10  Idaho, Indiana, Oregon, and West Virginia (for CAA sections 110(a)(2)(A)-(C),(D)(i)(II), (D)(ii),

11  (E)-(H), and (K)-(M) only) had failed to submit 2008 ozone Infrastructure SIP submittals.  EPA

12  has now updated that information to indicate that these states have submitted their 2008 ozone

13  Infrastructure SIPs, or in the case of West Virginia, at least submitted parts.  Plaintiffs do not

14  dispute this new information and so no longer request the Court order EPA to make a finding of

15  failure to submit for these states.

16  As to the claim regarding EPA's failure to take final action on the Kentucky and

17  Tennessee submittals, Plaintiffs requested the Court order EPA to take final action within five

18  months of the Court's order.  EPA's requested date of January 4, 2013 is actually quicker than

19  five months after the Court's order could be, even if the Court issued an order tomorrow.

20  Therefore, Plaintiffs respectfully request that the Court enter summary judgment as to

21  liability for Claim One for Arizona, Arkansas, California, Colorado, Connecticut, District of

22  Columbia, Hawaii, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts,

23  Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New

28

PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT
11-cv-05651-YGR p.3

1  Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Pennsylvania, Puerto Rico,

2  Rhode Island, South Dakota, Texas, Utah, Vermont, Virginia, Washington, West Virginia (for

3  CAA section 110(a)(2)(D)(i)(I) only), Wisconsin, and Wyoming and require that by no later than

4  January 4, 2013, EPA shall sign for publication in the Federal Register a notice or notices finding

5  that the 40 states have failed to submit "infrastructure" SIPs for the 2008 ozone NAAQS.

6  Similarly, the Court should enter summary judgment on liability for Plaintiffs on Claim Three for

7  EPA's failure to take final action pursuant to 42 U.S.C. § 7410(k)(2), (3) and/or (4), approving,

8  disapproving or approving in part and disapproving in part the Kentucky and Tennessee 2008

9  ozone NAAQS Infrastructure submittals and require that by no later than January 4, 2013, EPA

10 shall sign for publication in the Federal Register a notice or notices of those final action.  Finally,

11 the Court should order that EPA deliver notice of such actions to the Office of the Federal

12 Register for review and publication within three business days after signature on each final rule.

13                   Respectfully submitted,

14                   /s Robert Ukeiley

15                   _____
                  Robert Ukeiley
16                   (Admitted *Pro Hac Vice*)
                  Law Office of Robert Ukeiley
17                   435R Chestnut Street, Suite 1
                  Berea, KY 40403
18                   Telephone: (859) 986-5402
                  Facsimile:  (866) 618-1017
19                   rukeiley@igc.org

20                   Kristin Henry (Cal. Bar No. 220908)
                  Sierra Club
21                   85 Second Street, 2nd Floor
                  San Francisco, CA 94105
22                   Telephone: (415) 977-5709
                  Facsimile:  (415) 977-5793
23                   Kristin.Henry@sierraclub.org

28  PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT
                              11-cv-05651-YGR p.4

|   |   |
|---|---|
| 1 | |
| 2 | Counsel for Midwest Environmental Defense Center and Sierra Club |
| 3 | /s James Jay Tutchton |
| 4 | JAMES JAY TUTCHTON (CA Bar No. 150908)<br>WildEarth Guardians |
| 5 | 6439 E. Maplewood Ave. Centennial, CO 80111<br>Telephone: (720) 301-3843 |
| 6 | Email:  jtutchton@wildearthguardians.org<br>*Attorney for Plaintiff WildEarth Guardians* |
| 7 | Dated: October 8, 2012 |

## CERTIFICATE OF SERVICE

I certify that on October 8, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Court for the District of Northern California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s Robert Ukeiley
Robert Ukeiley