

**FILED**

FEB 21 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILDEARTH GUARDIANS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JEANETTE A. MYERS, in her official capacity as Administrator of the Environmental Protection Agency, <br><br> Defendant - Appellant. | No. 13-15220 <br><br> D.C. No. 4:11-cv-05651-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Appellant's motion for voluntary dismissal of this case is granted. This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

Appellant is informed that this court does not address the issue of cost unless it is so stipulated in writing by both parties.

    For the Court:

    MOLLY C. DWYER
    Clerk of the Court

    Linda K. King
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
      and Ninth Circuit Rule 27-10

Lking/2.18.13./lkk/Pro Mo