ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division
EILEEN T. MCDONOUGH
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-3126
Fax: (202) 514-8865
Email: eileen.mcdonough@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, | Case No. 3:11-CV-05651-YGR and consolidated case 11-cv-5694 YGR |
| Plaintiff, | |
| v. | ORDER GRANTING ~~Proposed~~ Stipulation ~~and Order~~ |
| GINA MCCARTHY,[1] in her official capacity as Administrator of the Environmental Protection Agency, | AS MODIFIED BY THE COURT; CONTINUING HEARING TO SEPTEMBER 10, 2013 |
| Defendant. | |

The parties stipulate their consent to allowing Defendant to file the opposition to Plaintiffs' motion for costs of litigation, including attorneys' fees, no later than August 16, 2013.

So Agreed:

For Plaintiffs:                    /s/ JAMES J. TUCHTON
                                   James Jay Tutchton (CA Bar No. 150908)
                                   WildEarth Guardians
                                   6439 E. Maplewood Ave.
                                   Centennial, CO 80111
                                   Telephone: (720) 301-3843
                                   Email: jtutchton@wildearthguardians.org

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Gina McCarthy is substituted for her predecessor in office, Robert Perciasepe.

1

~~Stipulation and Proposed~~ Order                    Case No. 3:11-CV-05651-YGR and
                                                      consolidated case 11-cv-5694 YGR

|   |   |
|---|---|
|   | /s/ ROBERT UKEILEY |
|   | Law Office of Robert Ukeiley |
|   | 507 Center Street |
|   | Berea, KY 40403 |
|   | Phone: (859) 986-5402 |
|   | Fax: (866) 618-1017 |
|   | rukeiley@igc.org |

For Defendant:

Robert G. Dreher
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ EILEEN T. MCDONOUGH
Eileen T. McDonough
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-3126
Fax: (202) 514-8865
Email: eileen.mcdonough@usdoj.gov

PURSUANT TO STIPULATION, IT IS SO ORDERED. Opposition to the motion shall be filed no later than August 16, 2013. Reply shall be filed no later than August 23, 2013. The hearing currently set for September 3, 2013 is CONTINUED to SEPTEMBER 10, 2013, at 2:00 p.m.

Dated: __July 24 , 2013_____                  _____
                                                                            Hon. Yvonne Gonzalez Rogers

2

~~Stipulation and Proposed~~ Order                    Case No. 3:11-CV-05651-YGR and
                                                                            consolidated case 11-cv-5694 YGR