UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILDEARTH GUARDIANS**,<br><br>    Plaintiff,<br><br>    vs.<br><br>**LISA JACKSON**, in her official capacity as Administrator of the Environmental Protection Agency,<br><br>    Defendant. | **Case No.: 11-cv-5651-YGR**<br>**(and consolidated action 11-cv-5694 YGR)**<br><br>**ORDER VACATING SEPTEMBER 17, 2013 HEARING** |

The Court has reviewed the papers submitted by the parties in connection with the Motion of Plaintiffs WildEarth Guardians, Midwest Environmental Defense Center and Sierra Club for Attorneys' Fees. (Dkt. No. 79.) The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the September 17, 2013 hearing is **VACATED**. The Court will issue a written decision on the papers.

This Order terminates Docket Nos. 79 and 86.

**IT IS SO ORDERED.**

Dated: September 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**